VERTICAL DOORS, INC.,
Plaintiff–Appellee,

v.

J T BONN INC. (doing business as J T Autobody and J T Autostyle), Tony Yip, Bill Yip, and John Yip, Defendants–Appellants.

No. 2009–1414.

United States Court of Appeals,
Federal Circuit.

June 15, 2010.

Neal Matthew Cohen, Vista IP Law Group, Irvine, CA, for Plaintiff–Appellee.

Jeff Grant Kennedy, Newbury Park, CA, for Defendants–Appellants.

**ORDER**

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).